IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KATHY BOATWRIGHT,        ) | |
| ) | |
| Plaintiff,        ) | |
| ) | Civil Action No. |
| -vs-        ) | 7:09-cv-00004-HL |
| ) | |
| DOLGENCORP, INC. (currently known   ) | |
| as DOLGENCORP, LLC),        ) | |
| ) | |
| Defendants.        ) | |

## ORDER

The matter before this Court is the parties' Unopposed Joint Stipulation of Dismissal Without Prejudice. The Court is of the opinion that this motion should be GRANTED. Therefore, this matter is DISMISSED WITHOUT PREJUDICE. Cost taxed as paid.

Done this 16th day of June, 2009.

*s/ Hugh Lawson*
**HUGH LAWSON**
**UNITED STATES DISTRICT JUDGE**